**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

MAYNOR A. FUENTES OCHOA,
Petitioner,
v.
ACTING WARDEN OF THE DESERT VIEW DETENTION CENTER, *et al.*,
Respondents.

Case No. 5:26-cv-02642-DMK

**JUDGMENT**

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the Petition is denied and this action is dismissed without prejudice.

DATED: October 30, 2026

HON. DIANA M. KWOK
UNITED STATES MAGISTRATE JUDGE